IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FERNANDO LUIZ DA SILVA RODRIGUES, | ) ) ) |
| Petitioner, | ) ) ) |
| vs. | ) ) Civil Action No. 26-00020-KD-B |
| ANTHONY E. LOWERY, Sheriff, Baldwin County Detention Center; MELLISSA HARPER, ICE New Orleans Field Office Director; TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement; KRISTI NOEM, Secretary of Homeland Security, and PAMELA BONDI, U.S. Attorney General, | ) ) ) ) ) ) ) ) ) ) |
| Respondents. | ) |

## ORDER

This action is before the Court on the Consent Motion for Leave for Counsel to Appear Remotely (doc. 17). Upon consideration, the Motion is GRANTED.

Counsel is directed to promptly contact the undersigned's Courtroom Deputy Michelle Henken at 251-690-2371 to make the necessary technological arrangements. [1]

**DONE** and **ORDERED** this 9th day of February 2026.

s / Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE

---

[1] Counsel states that she is prepared to participate by way of "Zoom, Microsoft Teams, Webex, or any other secure videoconferencing platform designated by the Court." (Doc. 17, p. 3).