## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **FERNANDO LUIZ DA SILVA RODRIGUES,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **vs.** ) | **Civil Action No. 26-00020-KD-B** |
| ) | |
| **ANTHONY E. LOWERY, Sheriff,** ) | |
| **Baldwin County Detention Center;** ) | |
| **MELLISSA HARPER, ICE New Orleans** ) | |
| **Field Office Director; TODD LYONS,** ) | |
| **in his official capacity as Acting Director** ) | |
| **of Immigration and Customs Enforcement;** ) | |
| **KRISTI NOEM, Secretary of Homeland** ) | |
| **Security, and PAMELA BONDI,** ) | |
| **U.S. Attorney General,** ) | |
| ) | |
| **Respondents.** ) | |

### JUDGMENT

In accordance with the Order entered February 11, 2026 (doc. 25), it is ORDERED,

ADJUDGED, and DECREED that Petitioner's 28 U.S.C. § 2241 Petition is granted in part and

denied in part. Accordingly, this action is dismissed.

**DONE** and **ORDERED** this 12th day of February 2026.


s / Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE